KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 3 05 70677 BZ |
| Plaintiff, | ) ) ) | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING |
| v. | ) ) | PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME |
| NASIR JAVAID, | ) ) | UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1 |
| Defendant. | ) ) | |
| _____ | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties initially appeared on the complaint in this matter on September 7, 2005, and the preliminary hearing/arraignment date was set for September 27, 2005.

2. The parties appeared on September 9, 2005 for identification of defense counsel.  At the September 9, 2005 hearing, the parties requested that the preliminary hearing/arraignment date be continued from September 27, 2005 until October 18, 2005.

3. The parties requested an exclusion of time from September 27, 2005 through October 18, 2005, based upon effective preparation of counsel.  The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

4.  In addition, counsel for the Government will be out of the country during the week of September

STIPULATION AND ~~PROPOSED~~ ORDER
NO. 3 05 70677 BZ

26, 2005.

5. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the Government continuity of counsel. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A). In addition, the Defendant consents and there is good cause to extend time under Rule 5.1.

6. For the reasons stated, the time period from September 27, 2005 through October 18, 2005 shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

SO STIPULATED.

DATED:     9/26/05              Respectfully Submitted,


_____/s/_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED:     9/26/05


_____/s/_____
JAMES BUSTAMANTE
Counsel for Defendant Nasir Javaid

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  September 27, 2005       _____
                                 HON. JOSEPH C. SPERO
                                 United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER
NO. 3 05 70677 BZ                              2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**PARTIES' STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1**

in the case of **UNITED STATES V. NASIR JAVAID, CR 05-70677** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**James A. Bustamante, Esq
809 Montgomery Street, 2nd Floor
San Francisco, CA  94133
FAX NO:  415-394-3806**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     September 26, 2005

/s/
RAWATY YIM
United States Attorney's Office

STIPULATION AND ~~PROPOSED~~ ORDER
NO. 3 05 70677 BZ                             3