1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6960
7
   Attorneys for Plaintiff
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )   No.:  CR 3 05 70677 BZ
                                     )
13         Plaintiff,                )   PARTIES' STIPULATION AND
                                     )   ~~PROPOSED~~ ORDER CONTINUING
14         v.                        )   PRELIMINARY HEARING OR
                                     )   ARRAIGNMENT AND WAIVING TIME
15  NASIR JAVAID,                    )   UNDER THE SPEEDY TRIAL ACT AND
                                     )   FRCP 5.1
16         Defendant.                )
                                     )
17  _____  )

18
    The parties stipulate and agree, and the Court finds and holds, as follows:
19
        1. The parties appeared on October 18, 2005 for the preliminary hearing or arraignment in
20
    this matter.
21
        2. At that time, the parties requested that the matter be continued until November 15, 2005 at
22
    9:30 a.m. before the duty magistrate judge, and requested an exclusion of time from October 18,
23
    2005 through November 15, 2005, based upon effective preparation of defense counsel.  The
24
    parties moved that this same time period be excluded from the calculation of time under the
25
    Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.
26
        3. In light of the foregoing facts, the failure to grant the requested exclusion would
27
    unreasonably deny counsel for the defense the reasonable time necessary for effective
28

STIPULATION AND PROPOSED ORDER
NO. 3 05 70677 BZ

1  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
2  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
3  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
4  3161(h)(8)(A). In addition, the Defendant consents and there is good cause to extend time under
5  Rule 5.1.
6      4. For the reasons stated, the time period from October 18, 2005 through November 15, 2005
7  shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of
8  Criminal Procedure 5.1.
9      SO STIPULATED.
10 DATED:    10/19/05            Respectfully Submitted,

                                 _____/s/_____
                                 MICHELLE MORGAN-KELLY
                                 Assistant United States Attorney

   DATED:    10/20/05

                                 _____/s/_____
                                 JAMES BUSTAMANTE
                                 Counsel for Defendant Nasir Javaid

   PURSUANT TO STIPULATION, IT IS SO ORDERED.


   DATED: October 21, 2005
                                 _____
                                 HON. _____ or J. Vadas
                                 United _____  Judge Nandor J. Vadas

   IT IS SO ORDERED
   Judge Nandor J. Vadas
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

28 STIPULATION AND PROPOSED ORDER
   NO. 3 05 70677 BZ                          2