KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6960

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 3 05 70677 BZ |
|     Plaintiff, | PARTIES' STIPULATION AND PROPOSED ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT AND FRCP 5.1 |
|     v. | |
| NASIR JAVAID, | |
|     Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared on November 15, 2005 for the preliminary hearing or arraignment in this matter before the Honorable Nandor J. Vadas, United States Magistrate Judge.

2. At that time, the parties requested that the matter be continued until December 8, 2005 at 9:30 a.m. before the duty magistrate judge, and requested an exclusion of time from November 15, 2005 until December 8, 2005 based upon effective preparation of counsel and continuity of government counsel. The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1.

3. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective

STIPULATION AND PROPOSED ORDER
NO. 3 05 70677 BZ

1   preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A),

2   (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.

3   These ends outweigh the best interest of the public and the defendant in a speedy trial.  <u>See id.</u> §

4   3161(h)(8)(A).  In addition, the Defendant consents and there is good cause to extend time under

5   Rule 5.1.

6        4.  For the reasons stated, the time period from November 15, 2005 until December 8, 2005

7   shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of

8   Criminal Procedure 5.1.

9        SO STIPULATED.

10  DATED:                                      Respectfully Submitted,

11

12        4/16/05

13                                              _____
                                                MICHELLE MORGAN-KELLY
14                                              Assistant United States Attorney

15  DATED:

16                                              _____
                                                JAMES BUSTAMANTE
17                                              Counsel for Defendant Nasir Javaid

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  DATED:

21                                              _____
                                                HON. JAMES LARSON
22                                              United States Magistrate Judge

23

24

25

26

27

28  STIPULATION AND PROPOSED ORDER
    NO. 3 05 70677 BZ                    2

1 | preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),

2 | (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.

3 | These ends outweigh the best interest of the public and the defendant in a speedy trial.  See id. §

4 | 3161(h)(8)(A).  In addition, the Defendant consents and there is good cause to extend time under

5 | Rule 5.1.

6 |     4.  For the reasons stated, the time period from November 15, 2005 until December 8, 2005

7 | shall be excluded from the calculation of time under the Speedy Trial Act and Federal Rule of

8 | Criminal Procedure 5.1.

9 |     SO STIPULATED.

10 | DATED:                             Respectfully Submitted,

11

12

13 |                              MICHELLE MORGAN-KELLY

14 |                              Assistant United States Attorney
DATED:

15

16 |                              JAMES BUSTAMANTE

17 |                              Counsel for Defendant Nasir Javaid

18 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21 | DATED: November 18, 2005

22 |                            HON. JAMES             Vadas

23 |                            United States       Judge

*Judge Nandor J. Vadas*

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

24

25

26

27

28 | STIPULATION AND PROPOSED ORDER
NO. 3 05 70677 BZ                     2