```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  MICHELLE MORGAN-KELLY (DEBN 3651)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6960
 7      Facsimile: (415)436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-00770-CRB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PARTIES' STIPULATION AND |
| v. | ) | [PROPOSED] ORDER EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| NASIR JAVAID, | ) | FROM DECEMBER 14, 2005 |
| | ) | THROUGH JANUARY 25, 2006 |
| Defendant. | ) | |
| _____ | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties appeared before this Court on December 14, 2005 for an initial appearance and trial setting.

2. At that time, the government indicated that it had filed a Notice of Related Cases seeking to relate the above-captioned case with the higher-numbered case of *United States v. Nancy Kharsa*, No. CR-05-00771-PJH. The Court then put this matter over until January 25, 2006 at 2:15 p.m. pending the Court's consideration of the Notice.

3. The parties also indicated that they are continuing to discuss a potential resolution of the matter, and that counsel for the defendant, James Bustamante would be unavailable during the holiday week. Accordingly, the parties moved that this same time period be excluded from the

STIPULATION AND PROPOSED ORDER
NO. CR-05-00770 CRB

1  calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B) for
2  effective preparation of counsel and continuity of defense counsel.
3      4.  In light of the foregoing facts, the parties would be denied effective preparation, and
4  defendant would be denied continuity of counsel, absent the exclusion of time.  Accordingly, the
5  ends of justice would be served by the Court excluding the proposed time period.  These ends
6  outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. §
7  3161(h)(8)(A).
8      5.  For the reasons stated, the time period from December 14, 2005 until January 25, 2006
9  shall be excluded from the calculation of time under the Speedy Trial Act.
10     SO STIPULATED.
11 DATED:    12/16/05              Respectfully Submitted,

                                   _____/s/_____
                                   MICHELLE MORGAN-KELLY
                                   Assistant United States Attorney

15 DATED:    1/6/06

                                   _____/s/_____
                                   JAMES BUSTAMANTE
                                   Counsel for Defendant Nasir Javaid

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 DATED:  January 6, 2006
                                   _____
                                   HON. CHARLES R. BREYER
                                   United States District

APPROVED
Judge Charles R. Breyer

28 STIPULATION AND PROPOSED ORDER
   NO. 3 05 70696 BZ                    2