KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Facsimile: (415)436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05-00770-CRB |
|     Plaintiff, ) | |
| ) | PARTIES' STIPULATION AND |
| v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ) | FROM JANUARY 25, 2006 |
| NASIR JAVAID, ) | THROUGH FEBRUARY 15, 2006 |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared before this Court on January 25, 2006.

    2. At that time, counsel for the defendant indicated that the parties are continuing to discuss a potential resolution of the matter and requested that the matter be continued until February 15, 2006 for setting or change of plea.  The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B) for effective preparation of counsel.

    3. In light of the foregoing facts, the parties would be denied effective preparation absent the exclusion of time.  Accordingly, the ends of justice would be served by the Court excluding the proposed time period.  These ends outweigh the best interest of the public and the defendant in a

STIPULATION AND PROPOSED ORDER
NO. CR-05-00770 CRB

speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

4. For the reasons stated, the time period from January 25, 2006 through February 15, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED:	1/26/06		Respectfully Submitted,


	_____/S/_____
	MICHELLE MORGAN-KELLY
	Assistant United States Attorney

DATED:	1/26/06


	_____/S/_____
	JAMES BUSTAMANTE
	Counsel for Defendant Nasir Javaid

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 27, 2006
	_____
	HON. CHARLES R. BREYER
	United States District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND PROPOSED ORDER
NO. 3 05 70696 BZ				2